PRECEDENTIAL

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 11-3793
_____

IN Re: MICHAEL CALABRESE, JR.,
Appellant

On Appeal from the U.S. District Court for the District of New Jersey
(D.C. No. 10-cv-06583)
_____

Argued April 11, 2012
Before: McKEE, *Chief Judge*, HARDIMAN, *Circuit Judge*,
and JONES, II,[*] *District Judge*.
_____

ORDER AMENDING OPINION
_____

It appears that the Isabel C. Balboa the Trustee was incorrectly identified as Attorney for Trustee in the caption header of this Court's opinion filed July 20, 2012. The opinion is hereby amended to correct this designation as follows:

Office of United States Trustee
535 Route 38 East
Suite 580
Cherry Hill, NJ 08002
    *Trustee*

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

---

[*]The Honorable C. Darnell Jones, II, District Judge for the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

Date:  August 1, 2012
tmk/cc: Nicholas S. Herron, Esq.
Marlene G. Brown, Esq.
Ramanjit K. Chawla, Esq.